924

No. 1526, Misc. MANNING v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner pro se. Solicitor General Marshall for the United States. 

No. 1520, Misc. SCHILDHAUS v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. Petitioner pro se. Acting Solicitor General Spritzer, Acting Assistant Attorney General Pugh and Robert N. Anderson for respondent. 

No. 1537, Misc. NADILE v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1540, Misc. KINNETT v. KENTUCKY. Ct. App. Ky. Certiorari denied. Robert D. Simmons for petitioner. 

No. 1541, Misc. NELSON v. MILLER, CAPTAIN, UNITED STATES NAVY, ET AL. C. A. 3d Cir. Certiorari denied. James J. Orlow for petitioner. Solicitor General Marshall for respondents. 

No. 1544, Misc. ROHDE v. OREGON. Sup. Ct. Ore. Certiorari denied. Petitioner pro se. George Van Hoomissen and Jacob B. Tanzer for respondent. 

No. 1552, Misc. SUMPTER v. CITY OF CLEVELAND. Sup. Ct. Ohio. Certiorari denied. Frank C. Lyons and Alexander H. Martin, Jr., for petitioner. Donald J. Guittar for respondent.

No. 1655, Misc. FARGO v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.